


AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

TNWD #
2:11mj008-cgc

United States of America
v.

RICKY L. WEDGEWORTH

_Defendant_

)
)
)
)
)

Case No.  11-7-SOR

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  Ricky L. Wedgeworth

who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment  ❐ Superseding Indictment  ❐ Information  ❐ Superseding Information  ☑ Complaint
❐ Probation Violation Petition  ❐ Supervised Release Violation Petition  ❐ Violation Notice  ❐ Order of the Court

This offense is briefly described as follows:
Unlawful flight to avoid prosecution in violation of Title 18, United States Code, Section 1073.

Date: March 10, 2011

_Issuing officer's signature_

City and state:    Baton Rouge, Louisiana

Stephen C. Riedlinger, Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 3/10/11, and the person was arrested on _(date)_ 3/15/11
at _(city and state)_ Memphis, TN

Date: 3/15/11

_Arresting officer's signature_

L. Ruffin, DUSM
_Printed name and title_

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 11- 7-SCR |
| DARIAN D. PIERCE | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Darian D. Pierce                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
  Unlawful flight to avoid prosecution in violation of Title 18, United States Code, Section 1073.

Date:  March 10, 2011

                                        _Issuing officer's signature_

City and state:    Baton Rouge, Louisiana

                                        Stephen C. Riedlinger, Magistrate Judge
                                        _Printed name and title_

---

### Return

This warrant was received on _(date)_  3/10/11  , and the person was arrested on _(date)_  3/15/11
at _(city and state)_  Memphis, TN

Date:  3/15/11

                                        _Arresting officer's signature_

                                        L. Raffin
                                        _Printed name and title_

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

COPY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  11- |
| RICKY L. WEDGEWORTH | ) | |
| DARIAN D. PIERCE | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 5, 2011 _____ in the county of _____ East Baton Rouge _____ in the

_____ Middle _____ District of _____ Louisiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

Bernie Deschamp, Deputy United States Marshal
_Printed name and title_

Sworn to before me and signed in my presence.

Date: March 10, 2011

_Judge's signature_

City and state:          Baton Rouge, Louisiana

Stephen C. Riedlinger, Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Bernie Deschamp, Deputy United States Marshal, having been duly sworn state:

1.     I have been a Deputy United States Marshal for the past 16 years, and I am currently assigned to the Middle Louisiana Fugitive Task Force in the Middle District of Louisiana.  My duties include the investigation and execution of local, state and federal arrest warrants and the investigation of escapes from federal custody.

2.     In preparation of this affidavit, I have relied upon information based on the observations of other law enforcement officials known to me to be reliable and trustworthy.

3.     The Louisiana State Police (LSP) has requested the assistance of the United States Marshals Service in the investigation of fugitives Ricky L. Wedgeworth D.O.B. 02/06/1975, S.S.N. 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 (hereinafter referred to as "Wedgeworth"), and Darian D. Pierce, D.O.B. 07/19/1977, S.S.N. 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 (hereinafter referred to as "Pierce").  Both men are wanted by LSP for Escape and Unauthorized Use of a Motor Vehicle.

4.     On March 4, 2011, Wedgeworth and Pierce were serving state criminal sentences at the LSP Barracks in Zachary, Louisiana, while being assigned to a work site at the LSP headquarters in Baton Rouge, Louisiana.  Based on information obtained from the Clerk of Court for Sabine Parish, Louisiana, and Captain Daniel Honeycutt of the LSP, Wedgeworth was serving a twenty-five year term of incarceration based on a conviction for armed robbery.  He was not scheduled for release until July 7, 2025.  Based on information obtained from the Clerk of Court for Washington Parish, Louisiana, and Captain Honeycutt, Pierce was serving a twenty-five year term of incarceration based on a conviction for Attempted Second Degree Murder and other charges.  He was not scheduled for release until October 9, 2023.

5.     On March 4, 2011, at approximately 2:00 p.m., while at the work site at LSP headquarters, Wedgeworth and Pierce took, without authorization, a van belonging to the Louisiana Department of Public Safety and fled LSP headquarters. The van was recovered several hours later in West Feliciana Parish.  Both Wedgeworth and Pierce remain at large.

6.      On March 5, 2011, a warrant was issued by District Judge Trudy White in the 19th Judicial District Court of East Baton Rouge Parish for the arrest of Wedgeworth and Pierce for violations of Louisiana Revised Statutes 14:110 and 14:68.4 in that they did knowingly and voluntarily commit the offenses of Simple Escape and Unauthorized Use of a Motor Vehicle.

7.      On March 5, 2011, the Middle Louisiana Fugitive Task Force was requested to assist LSP in locating and apprehending Wedgeworth and Pierce wherever they are found and returning them back to LSP custody.

8.      Law enforcement agencies routinely utilize a system which notifies fellow law enforcement agencies of persons or things to "Be On the Look Out For" (BOLO). These so-called BOLO notifications will typically contain descriptions of the persons and/or things sought as well as photographs if available. In this matter, LSP caused a BOLO notification to circulated concerning the escape of Wedgeworth and Pierce. The BOLO included descriptions of the men, as well their photographs.

9.      On March 8, 2011, Tennessee Highway Patrolman Trooper Tracey Tyler was in his assigned area of patrol on Interstate 40 near Jackson, Tennessee. Tyler was informed by ONSTAR that a vehicle that had been the subject of a BOLO issued from Mississippi concerning a missing person was located at a service station located near Exit 98 off of Interstate 40 (hereinafter referred to as "the suspect vehicle"). After locating the suspect vehicle, Trooper Tyler, who was in uniform and driving a marked unit, approached the suspect vehicle and observed two men standing outside the suspect vehicle. Trooper Tyler recognized the two men as fitting the descriptions of Wedgeworth and Pierce that appeared in the separate BOLO issued for them. Trooper Tyler requested identification from both men. While Trooper Tyler returned to his unit to retrieve a notebook, both men ran to the suspect vehicle, got inside, and drove away at a high rate of speed.

10.     On March 8, 2011, minutes after the suspect vehicle and its occupants fled from Trooper Tyler, Trooper Tim Massengill deployed spike strips near mile marker 85 on Interstate 40. The suspect vehicle hit the spike strips which caused the suspect vehicle's tires to blowout. As a result, the suspect vehicle exited Interstate 40 at Exit 85. After exiting, the suspect vehicle stopped on the shoulder. As Troopers approached the suspect vehicle, its occupants (who continued to be the same two men matching the descriptions of Wedgeworth and Pierce) caused the vehicle to speed off in reverse. They drove the suspect vehicle at a high rate of speed onto the westbound entrance to Interstate 40 and skidded into an embankment. They both exited the wrecked vehicle and ran into a wooded area. Neither man has been located by law enforcement as of this date.

11.    The suspect vehicle was found to contain items of mail addressed to Wedgeworth and Pierce along with a "Galls" magazine with the address to the LSP in Baton Rouge, Louisiana.

## CONCLUSION

12.    Based on the aforementioned factual information and my experience and training, I respectfully submit that there is probable cause to believe that Wedgeworth and Pierce have violated Title 18, United Stated Code, Section 1073. Accordingly, your affiant respectfully requests that a criminal complaint be granted based upon this affidavit.

Bernie Deschamp
Deputy U.S. Marshal
United States Marshals Service


SUBSCRIBED AND SWORN TO BEFORE ME IN MY PRESENCE, THIS 10th DAY OF MARCH, 2011. I am satisfied that the affidavit establish probable cause to believe that Ricky L. Wedgeworth and Darian D. Pierce, so described herein, are now in violation of Title 18, United Stated Code, Section 1073, and establish grounds for the issuance of this Criminal Complaint.

STEPHEN C. RIEDLINGER
United States Magistrate Judge
Middle District of Louisiana